Dismissed and Memorandum Opinion filed April 22, 2010.

 

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00225-CV

____________

 

DANNY JONES, Appellant

 

V.

 

CATHY JANE FRAYER, ET AL, Appellees

 



 

On Appeal from the
412th District Court

Brazoria County,
Texas

Trial Court Cause
No. 55904

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed January 29, 2010.  On March 31, 2010,
appellant filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Justices Brown, Sullivan, and
Christopher.